1  NICHOLAS A. TRUTANICH
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8985
6       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| RHONDA R. HESS, | Case No: 2:18-cv-02431-JAD-CWH |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days to Friday, June 14, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including ten district court merits briefs due in the next month, as well as two Ninth Circuit cases at the responsive briefs stage.

-1-

On May 15, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: May 15, 2019

LAW OFFICES OF LAWRENCE D. ROHLFING

By: /s/*Cyrus Safa
CYRUS SAFA
*authorized by email May 15, 2019

Attorney for Plaintiff

Date: May 15, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: /s/ Michael K. Marriott
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: May 21, 2019

HONORABLE CARL W. HOFFMAN
United States Magistrate Judge

-2-

**CERTIFICATE OF SERVICE**

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

    Cyrus Safa
    Law Offices of Lawrence D. Rohlfing
    12631 E. Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670

Date: May 15, 2019                    NICHOLAS A. TRUTANICH
                                      United States Attorney

                                  By:    */s/ Michael K. Marriott*
                                            MICHAEL K. MARRIOTT
                                            Assistant Regional Counsel

                                            Attorneys for Defendant