NICHOLAS A. TRUTANICH
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8985
   Facsimile: (415) 744-0134
   E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### LAS VEGAS DIVISION

| | |
|---|---|
| RHONDA R. HESS, | Case No: 2:18-cv-02431-JAD-CWH |
|    Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(Second Request)** |
|    Defendant. | |

     Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days to Monday, July 15, 2019, to prepare and file her cross motion to affirm. This is the Commissioner's second request for an extension.

     Defendant respectfully requests this extension of time because of a very heavy workload, as a result of an increase in case receipts and multiple extended absences from the office, leading to more than twelve district court merits briefs being due in the next month.

On June 17, 2019, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: June 17, 2019

LAW OFFICES OF LAWRENCE D. ROHLFING

By: */s/\*Cyrus Safa*
CYRUS SAFA
*authorized by email June 17, 2019

Attorney for Plaintiff

Date: June 17, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: June 18, 2019

_____
HONORABLE CARL W. HOFFMAN
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

    Cyrus Safa
    Law Offices of Lawrence D. Rohlfing
    12631 E. Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670

Date: June 17, 2019

NICHOLAS A. TRUTANICH
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant